UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-348-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BENJAMIN RICHARD MARTIN | ORDER TO SEAL |

On motion of the Defendant, Benjamin R. Martin, and for good cause shown, it is hereby ORDERED that the **[DE #50]** be sealed until further notice by this Court.

IT IS SO ORDER.

This _26_ day of June, 2013.

_____
TERRENCE W. BOYLE
United States District Judge